**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| **STACEY RICHARDSON YONKERS,** as **Surviving Mother** of PRESTON SHAWN YONKERS, deceased 3232 Theodore R. Hagans Drive, NE Washington, D.C. 20018 | * |
| and | * |
| **GLEN B. YONKERS,** as **Surviving Father** of PRESTON SHAWN YONKERS, deceased 3232 Theodore R. Hagans Drive, NE Washington, D.C. 20018 | * |
| Plaintiffs, | * |
| v. | * Case No.: _____ Jury Trial Demanded |
| **KAISER FOUNDATION HEALTH PLAN of the MID ATLANTIC STATES, INC.** 2101 E. Jefferson Street Rockville, Maryland 20852 | * |
|     **SERVE:** The Prentice-Hall Corporation System, M 7 St. Paul Street, Suite 1660 Baltimore, Maryland 21202 | * |
| and | * |
| **MID ATLANTIC PERMANENTE MEDICAL GROUP, P.C.** 2101 E. Jefferson Street Rockville, Maryland 20852 | * |
|     **SERVE:** The Prentice-Hall Corporation System, M 7 St. Paul Street, Suite 1660 Baltimore, Maryland 21202 | * |
| and | |

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

**HOLY CROSS HOSPITAL OF SILVER**     *
**SPRING, INCORPORATED d/b/a**
**HOLY CROSS HOSPITAL**     *
1500 Forest Glen Avenue
Silver Spring, Maryland 20901     *

    **SERVE:** Kevin J Sexton     *
              Resident Agent
              1500 Forest Glen Road     *
              Silver Spring, Maryland 20910
                                              *

    Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

COME NOW the Plaintiffs, Stacey Richardson Yonkers, biological mother of the decedent Preston Shawn Yonkers and Glen B. Yonkers, Jr., biological father of Decedent Preston Shawn Yonkers, by their attorneys, Gregory K. Wells and Shadoan, Michael & Wells, LLP., and bring this action against Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc., Mid Atlantic Permanente Medical Group, P.C., and Holy Cross Hospital of Silver Spring, Incorporated, d/b/a Holy Cross Hospital. In support of their claim, the Plaintiffs allege as follows:

## PARTIES

1.     Plaintiff Stacey Richardson Yonkers is, and at all times relevant herein was, an adult resident of the District of Columbia, residing at 3232 Theodore Hagans Drive, N.E., Washington, D.C. Plaintiff Stacey Richardson Yonkers is the biological mother of Preston Shawn Yonkers, who was stillborn on August 26, 2009, at forty-one weeks

SHADOAN, MICHAEL & WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

gestation, at Holy Cross Hospital.  Plaintiff Stacey Richardson Yonkers is, and at all times relevant herein was, married to Plaintiff Glen B. Yonkers, Jr.

2.	Plaintiff Glen B. Yonkers, Jr., is, and at all times relevant herein was, an adult resident of the District of Columbia, residing at 3232 Theodore Hagans Drive, N.E., Washington, D.C.  Plaintiff Glen B. Yonkers, Jr., is the biological father of Preston Shawn Yonkers, who was stillborn on August 26, 2009, at forty-one weeks gestation, at Holy Cross Hospital.  Plaintiff Glen B. Yonkers is, and at all times relevant herein was, married to Plaintiff Stacey Richardson Yonkers.

3. Plaintiffs Stacey Richardson Yonkers and Glen B. Yonkers, Jr., bring this action pursuant to Section 3-904(a) of the Courts and Judicial Proceedings Article (the "Wrongful Death Act") as primary beneficiaries.  To Plaintiffs' knowledge and belief, there are no other beneficiaries entitled to bring a claim pursuant to the Wrongful Death Act.

4. At all times relevant hereto, the Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc., and Mid Atlantic Permanente Medical Group, P.C., were Maryland professional corporations providing health care services at Holy Cross Hospital to those persons in need thereof.  Upon information and belief, at all times relevant hereto, the obstetricians attending to the labor and delivery of Shawn Preston Yonkers were agents, servants, and/or employees of Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc., and/or Mid Atlantic Permanente Medical Group, and acting in such capacity while providing medical care to Stacey Richardson Yonkers and Preston Shawn Yonkers. At all times relevant to this claim, Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc, and Mid Atlantic Permanente Medical Group, P.C., owed a

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

duty to Plaintiffs to provide medical care and treatment consistent with the applicable prevailing standards of care. Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc, and Mid Atlantic Permanente Medical Group, P.C., held out to the general public, and to Plaintiffs in particular, that the physicians and other health care providers attending to Stacey Richardson Yonkers, including, but not limited to, the obstetricians attending to the labor and delivery of Shawn Preston Yonkers were agents, servants and/or employees of Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc., and/or Mid Atlantic Permanente Medical Group.  Plaintiffs believed such representations and relied on the same for purposes of receiving care from Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc., and/or Mid Atlantic Permanente Medical Group.

5. At all times relevant hereto, the Defendant Holy Cross Hospital of Silver Spring, Incorporated, d/b/a Holy Cross Hospital at all times relevant herein was, a Health Care Provider as that term is defined in § 3-2A-01, et. seq., Courts and Judicial Proceedings Article, Annotated Code of Maryland, conducting business as a health care facility, namely, as a hospital, in Silver Spring, Montgomery County, Maryland, duly licensed and accredited, and providing health care and hospital services to those persons in need thereof. At all times relevant to this claim, Defendant Holy Cross Hospital of Silver Spring, Incorporated, owed a duty to Plaintiffs to provide medical care and treatment consistent with the applicable prevailing standards of care. Defendant Holy Cross Hospital of Silver Spring, Incorporated, held out to the general public, and to Plaintiffs in particular, that the health care providers attending to the Stacey Richardson Yonkers at Holy Cross Hospital,

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

including, but not limited to, the nursing staff and the obstetricians attending to the labor and delivery of Shawn Preston Yonkers were agents, servants and/or employees of Defendant Holy Cross. Plaintiffs believed such representation and relied on the same for purposes of receiving medical care while at Holy Cross Hospital.

## JURISDICTION AND VENUE

6. This Court has jurisdiction of the within causes of action pursuant to 28 U.S.C.A. §1332 based on diversity of citizenship. The amount in controversy exceeds, exclusion of interest and costs, $75,000.00.

7. Pursuant to § 3-2A-06(B) of the Courts and Judicial Proceedings Article, Annotated Code of Maryland, the Plaintiffs elected to waive arbitration of the claim they filed with the Health Care Alternative Dispute Resolution Office (the "HCADRO") to the Circuit Court for Montgomery County, Maryland. A copy of the Election to Waive Arbitration filed with the HCADRO is attached hereto as **Exhibit A**. Pursuant to the Plaintiffs' election, the HCADRO executed an Order of Transfer, transferring this matter to the Circuit Court of Montgomery County, Maryland or, alternatively, the United States District Court for the District of Maryland. A copy of said Order is attached hereto as **Exhibit B**. The Certificate of Merit and Report signed by John H. Niles, Jr., M.D., pursuant to which Plaintiffs' election is permissible, is attached hereto as **Exhibits C** and **D**.

## FACTS COMMON TO ALL COUNTS

8. On Wednesday, August 26, 2009, at approximately 12:00 a.m., Plaintiff

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

Stacey Yonkers was admitted to Holy Cross Hospital for a scheduled induction of labor of her forty-one week pregnancy. She was admitted to the high risk perinatal unit. The pregnancy was uneventful, with no known or suspected problems with the fetus or the mother.

9. Stacey Yonkers' labor lasted approximately almost twenty-one hours, during which time she was attended to by Gary N. Melnick, M.D, followed by Bruce J. Bolton, M.D. and finally by Glynn M. Thompson, M.D., who took over the care from Dr. Bolton at approximately 6:15 p.m., approximately sixteen hours after Stacey Yonkers' admission.

10. Pitocin was ordered apparently by Dr. Melnick at approximately 7:25 a.m. and begun sometime thereafter.

11. Shortly after her admission, among other things, an external fetal heart monitor was placed on Stacey Yonkers at approximately 12:15 a.m.  The initial evaluation of the fetal heart rate was determined to be reassuring.  Fetal well-being was determined to be satisfactory as well.  As labor continued, the fetal heart rate tracing began showing signs of diminished fetal heart rate variability.  This pattern continued throughout the course of labor.

12. The fetal heart rate began to show other significant adverse changes when, in addition to the diminished variability, the fetus began to experience and the monitor showed the development of continuous late decelerations. This pattern of diminished variability and late decelerations continued and then became further compounded by fetal heart rate accelerations ranging from 170 beats per minute to 210 beats per

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

minute. Despite the display of the non-reassuring fetal heart rate signs, no timely or effective interventions were ever taken. Pitocin was not only continued but increased.

13. At approximately 8:46 p.m. Preston Shawn Yonkers was delivered by vaginal delivery. His birth weight was recorded as 3952 grams (8 lbs, 11 oz). He was unresponsive at birth. His APGAR score was 0 at one minute and 0 at five minutes. Resuscitation efforts were instituted, to no avail. Blood gas levels were measured, with Preston's venous cord pH recorded as 7.20 and the arterial cord pH being recorded as 6.73. The umbilical cord was wrapped around his neck three times. Shawn Preston Yonkers was pronounced dead at 9:21 p.m., 35 minutes after birth and over 21 hours after Stacy Yonkers was admitted to Holy Cross hospital for the birth of their second child.

## COUNT I

### (Wrongful Death Action)

Claimants incorporate herein by reference each and every allegation set forth in paragraphs 1 through 13 above and further state as follows:

14. Plaintiffs Stacey Richardson Yonkers and Glen B. Yonkers, Jr., were the biological parents of Decedent Preston Shawn Yonkers at the time of his death and bring this action pursuant to the Maryland Wrongful Death Act.

15. The Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc, Mid Atlantic Permanente Medical Group, P.C., failed to exercise the degree of care, skill and judgment which is expected of reasonably competent health care providers in the same class to which they belong, acting in the same or similar circumstances and were therefore negligent in the management, care and treatment of Plaintiff Stacey Richardson

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

Yonkers and Decedent Preston Shawn Yonkers, including, in, among other ways, the following manner:

    a.    failure to properly monitor the fetus;

    b.    failure to timely and appropriately respond to and intervene for non-reassuring fetal heart rate changes;

    c.    failure to properly administer Pitocin (including stopping Pitocin when required);

    d.    failure to notify physicians of non-reassuring fetal heart rate changes;

    e.    failure to timely consider C Section delivery;

    f.    failure to timely perform C section delivery; and

    g.    for reasons that may be determined during the course of discovery.

16. The Defendants Holy Cross Hospital of Silver Spring, Incorporated, failed to exercise the degree of care, skill and judgment which is expected of reasonably competent hospital, acting in the same or similar circumstances and was therefore negligent in the management, care and treatment of Plaintiff Stacey Richardson Yonkers and Decedent Preston Shawn Yonkers, including, in, among other ways, the following manner:

    a.    failure to properly monitor the fetus;

    b.    failure to timely and appropriately respond to and intervene for non-reassuring fetal heart rate changes;

    c.    failure to properly administer Pitocin (including stopping Pitocin when required);

    d.    failure to notify physicians of non-reassuring fetal heart rate changes; and

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

e.  for reasons that may be determined during the course of discovery.

17. As a direct and proximate result of the negligence of all of the aforesaid Defendants, which wrongfully caused the death of their child, Preston Shawn Yonkers, Plaintiffs Stacey Richardson Yonkers and Glen B. Yonkers, Jr., have suffered pecuniary loss, mental anguish, emotional pain and suffering, and the loss of society, loss of companionship, comfort, protection, marital care, attention, advise, counsel and love of their child.

WHEREFORE, Plaintiffs Stacey Richardson Yonkers and Glen B. Yonkers, Jr., demand judgment for full compensatory damages against Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc, Mid Atlantic Permanente Medical Group, P.C., and Holy Cross Hospital of Silver Spring, Incorporated, d/b/a Holy Cross Hospital, jointly and severally, plus interest, costs and any and all other relief as the Panel may deem appropriate.

Respectfully submitted,

SHADOAN, MICHAEL & WELLS, LLP.

By: _____
Gregory K. Wells, #03123
108 Park Avenue
Rockville, Maryland 20850
(301) 762-5150
(301) 309-8344-Fax
gwells@smwlawfirm.com
Attorney for Plaintiffs

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership
ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150

9

**DEMAND FOR JURY TRIAL**

Plaintiffs, STACEY RICHARDSON YONKERS AND GLEN B. YONKERS, JR., demand a trial by jury as to all issues so triable.

_____
Gregory K. Wells, #03123

Date: February 23, 2011

SHADOAN, MICHAEL
& WELLS, LLP
A Registered Limited Liability Partnership

ATTORNEYS AT LAW
108 Park Avenue
ROCKVILLE, MD 20850
(301) 762-5150