IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

STACEY RICHARDSON YONKERS,     *
as **Surviving Mother** of
PRESTON SHAWN YONKERS,     *
deceased, *et al.*
    *
Plaintiffs,

v.     *     Case No.: 8:11-cv-00481-RWT

KAISER FOUNDATION HEALTH PLAN     *
of the MID ATLANTIC STATES, INC.

Defendants.     *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41 (a)(1) (A) (ii), the Parties hereby stipulate to the dismissal of all claims in this matter with prejudice. All parties will be responsible for their own costs.

Respectfully submitted,

**SHADOAN, MICHAEL & WELLS, LLP**

/s/
Gregory K. Wells, Esq., #03123
108 Park Avenue
Rockville, MD 20850
301-762-5150
gwells@smwlawfirm.com
*Attorneys for Plaintiffs*



"APPROVED" THIS 15th DAY of Aug, 2011
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

**WHARTON, LEVIN EHRMANTRAUT & KLEIN**

_____/s/_____
Michael K. Wiggins, Esq., #12466
J. Kristen Moore, Esq., #16831
104 West Street, P.O. Box 551
Annapolis, Maryland 21404-0551
410-263-5900
*Attorneys for Defendants Holy Cross Hospital of Silver Spring, Inc.*

_____/s/_____
Gregory K. Wells, Esq.
(*signed by Gregory K. Wells with permission of Michael K. Wiggins*)

**ARMSTRONG, DONOHUE, CEPPOS VAUGHAN & RHOADES, CHARTERED**

_____/s/_____
Larry A. Ceppos, Esq., #00327
Susan B. Boyce, Esq. #05749
204 Monroe Street, Suite 101
Rockville, Maryland 20850
*Attorneys for Defendants Kaiser Foundation Health Plan of the Mid Atlantic States, Inc. and Mid Atlantic Permanente Medical Group, P.C.*

_____/s/_____
Gregory K. Wells, Esq.
(*signed by Gregory K. Wells with permission of Susan B. Boyce*)

Date: September 15, 2011